NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JURIS ZANIS PUPOLS** AND
**JZP ENTERPRISE - USA,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Defendant-Appellee,*

**and**

**TOPCO SALES, INC.,**
*Defendant.*

---

2010-1245

---

Appeal from the United States District Court for the Northern District of Indiana in case no. 09-CV-0425, Judge Philip P. Simon.

---

**ON MOTION**

---

**O R D E R**

Juris Zanis Pupols submits a response to this court's September 10, 2010 order denying his motion for appointment of an attorney and moves for various relief.

Arguments concerning the merits of this appeal should be included in the briefs.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

OCT 2 1 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Juris Zanis Pupols
Raymond T. Chen, Esq.

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

OCT 2 1 2010

JAN HORBALY
CLERK